PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Yolanda Monreal | Case Number: | 4:12CR00224-001 |

Name of Sentencing Judge:  The Honorable Lynn N. Hughes

Date of Original Sentence:  January 14, 2013

Original Offense: Aiding and assisting in the preparation and presentation of a false tax return, in violation of 26 U.S.C. § 7206(2).

Original Sentence: Three (3) years probation, $100 special assessment, and $10,000 restitution. Special conditions include: no new credit, financial disclosure, credit access device prohibition, income tax preparation prohibition, and the defendant shall not allow her children to have contact with her mother (co-conspirator).

Type of Supervision:  Probation                    Supervision Started:  January 14, 2013

## EARLIER COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **FAILURE TO PAY RESTITUTION AS ORDERED BY THE COURT (SPECIAL CONDITION):** The offender was ordered to pay restitution in the amount of $10,000, in equal monthly installments of $100 over a period of 35 months. Mrs. Monreal has failed to make monthly payments at the court ordered rate of $100. She has paid a total of $2689 and is presently delinquent by $511. The balance as of the date of this report is $7311. |
| 2 | **FAILURE TO REFRAIN FROM OPENING ADDITIONAL LINES OF CREDIT WITHOUT PERMISSION OF THE PROBATION OFFICER (SPECIAL CONDITION):** An Equifax credit check conducted on August 31, 2015, revealed Mrs. Monreal opened a Conn's credit account to purchase a refrigerator for the amount of $2,248. She did not obtain permission from the probation officer to open a new line of credit. |

## U.S. Probation Officer Action:

Mrs. Monreal has been on probation for over two and half years and has made efforts to pay her restitution. She earns approximately $70 to $150 per week working as a nail technician out of her home. She is a married house wife with three children. Her husband earns approximately $2,000 per month as a mechanic. A recent analysis has been conducted of her financial situation, consisting of a review of her monthly income, monthly bills, and a home inspection. The defendant's monthly living expenses are as follows: $754 for rent; $540 electricity, cable, & cell phones; $40 gas; $220 groceries; $100 water; $620 car payment, and $220 for car insurance. It appears the defendant has no unreasonable expenses and is not living a lavish lifestyle.

A credit bureau check revealed the defendant opened a new line of credit with Conn's, without permission from the probation officer. When questioned by this officer, the defendant reported she needed a new refrigerator and was not aware she needed permission from this officer prior to making the purchase.

Mrs. Monreal is having difficulty making monthly restitution payments, as her income is inconsistent as a nail technician. Thus far, she has paid a total of $2,689 towards her monetary obligation. The defendant has been admonished for her noncompliant behavior and her reporting requirements have been increased. Given this assessment, it is respectfully recommended the Court take no adverse action at this time. The Probation Office will continue to monitor the defendant's monthly restitution payments in order to bring her into compliance.

Furthermore, it is respectfully requested that the Court allow the defendant's case to terminate as scheduled on January 13, 2016, despite the restitution balance. This probation officer will communicate relevant information to the Financial Litigation Unit of the United States Attorney's Office for future collection efforts.

Approved:                                                                 Respectfully submitted:

_____          by          _____
Barbara Schoephoerster, Supervising                           Valencia Fletcher
U.S. Probation Officer                                                       U.S. Probation Officer
                                                                                         October 13, 2015

Name of Offender: Yolanda Monreal
Case Number: 4:12CR00224-001
Page Number: 3

[X]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:

Lynn N. Hughes
U. S. District Judge

October 15, 2015
Date